# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-23-00040-CR

**Daverne Foy, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE 390TH DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-DC-19-301573, THE HONORABLE JULIE H. KOCUREK, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Daverne Foy, who has not been finally sentenced, seeks to appeal the trial court's order granting the State's pretrial motion for continuance.

The standard for determining whether a Texas appellate court has jurisdiction in a criminal case "is not whether the appeal is precluded by law, but whether the appeal is authorized by law." *Blanton v. State*, 369 S.W.3d 894, 902 (Tex. Crim. App. 2008). Because this standard extends to interlocutory appeals, "courts of appeals do not have jurisdiction to review interlocutory orders in criminal cases unless that jurisdiction has been expressly granted by law." *Ragston v. State*, 424 S.W.3d 49, 52 (Tex. Crim. App. 2014). No such grant exists for an appeal of an order granting a motion for continuance. *See Parker v. State*, No. 01-16-00137-CR, 2016 Tex. App. LEXIS 11056, at *1 (Tex. App.—Houston [1st Dist.] Oct. 11, 2016, no pet.) (mem. op.) (dismissing for want of jurisdiction defendant's appeal from trial court's grant of

State's motion for continuance).  Accordingly, we dismiss this appeal for want of jurisdiction. *See* Tex. R. App. P. 43.2(f).

 

 

_____

Chari L. Kelly, Justice

Before Justices Baker, Kelly, and Smith

Dismissed for Want of Jurisdiction

Filed:   March 3, 2023

Do Not Publish